UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                                        CASE NO.: 2:18-cr-94-FtM-38MRM

PEDRO LINARES GARCIA

_____

### ORDER[1]

Before the Court is Defendant Pedro Linares Garcia's letter motion for compassionate release because of the COVID-19 pandemic.  (Doc. 58).  The Government's response advises that the Bureau of Prisons released Defendant on June 23, 2020, to serve the remainder of his sentence on home confinement.  (Doc. 62 at 1). Because Defendant has been released from imprisonment, the Court denies his motion as moot.

Accordingly, it is now

**ORDERED:**

Defendant Pedro Linares Garcia's letter motion for compassionate release (Doc. 58) is **DENIED as moot**.

**DONE AND ORDERED** in Fort Myers, Florida on this 25th day of June 2020.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  Counsel of Record

---

[1] Disclaimer:  Documents hyperlinked to CM/ECF are subject to PACER fees.  By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide. The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.